CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff
SCOTT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALADDIN 900, LP, a California Limited Partnership;<br>SOUTH FIRST FURNITURE, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:19-CV-00113-LHK<br><br>**NOTICE OF SETTLEMENT** |

   The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

                                CENTER FOR DISABILITY ACCESS

Dated: December 4, 2019         By: /s/ Amanda Lockhart Seabock
                                Amanda Lockhart Seabock
                                Attorney for Plaintiff