CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

BAILEY LAW PARTNERS LLP
Sloan C. Bailey (SBN 188113)
Gary Sloboda (SBN 209581)
Carlos Huet-Cox (SBN 297832)
1010 B Street, Suite 200
San Rafael, CA 94901
Telephone (415) 461-1000
Fax (415) 482-9939
sbailey@baileylawpartners.com
gsloboda@baileylawpartners.com
chuetcox@baileylawpartners.com
Attorneys for Defendant
Aladdin 900, LP and South First Furniture, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ALADDIN 900, LP, a California Limited Partnership; SOUTH FIRST FURNITURE, INC., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case No.: 5:19-CV-00113-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

Dated: December 30, 2019         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff


Dated: December 30, 2019         BAILEY LAW PARTNERS LLP


                                 By:  /s/ Sloan C. Bailey
                                      Sloan C. Bailey
                                      Attorney for Defendants
                                      Aladdin 900, LP and South First Furniture, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Sloan C. Bailey, counsel for Aladdin 900, LP and South First Furniture, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 30, 2019        CENTER FOR DISABILITY ACCESS

                                         By: /s/ Amanda Lockhart Seabock
                                                Amanda Lockhart Seabock
                                                Attorneys for Plaintiff